October 24, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

ALI YAZDCHI, Appellant

NO. 14-17-00462-CV                              V.

KENNETH MINGLEDORFF AKA MINGLEDORFF LAW FIRM, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 6, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.